IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

ALMA JAQUEZ, as Natural Parent,
Next Friend, and Conservator for
Luis De Leon Jaquez, a Minor,

      Plaintiff,

v.

CERTEX USA, INC,; BATSON-COOK
COMPANY; BATSON-COOK
DEVELOPMENT COMPANY;
CENTURY BUILDING MATERIALS
COMPANY, d.b.a. BATSON-COOK
BUILDING MATERIALS COMPANY;
MORROW EQUIPMENT COMPANY;
TIMOTHY C. ELIAS; and JOHN DOE
CORPORATIONS A-Z;

      Defendants.

Civil Action File No: 19-C-06686-S4

## ORDER DISMISSING WITHOUT PREJUDICE FEWER THAN ALL PARTIES

Upon motion of the Plaintiff and for good cause having been shown, IT IS HEREBY

ORDERED AND ADJUDGED that defendants Batson-Cook Company, Batson-Cook

Development Company, Century Building Materials Company d/b/a Batson-Cook Building

Materials Company, and Timothy C. Elias are dismissed without prejudice. This matter will

remain pending against defendants Certex USA, Inc., Morrow Equipment Company and John

Doe Corporations A-Z. The parties and the clerk are directed to change the caption of the case to

reflect that change.

SO ORDERED this ____1____ day of _____April_____, 2020.

_____
Hon. Ronda Colvin Leary
Judge, State Court of Gwinnett County

cc:  Brian Lewis
     Jeffrey Harris
     James Merritt, Jr.
     Lisa Richardson