IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALMA JAQUEZ, as Natural Parent, )
Next Friend, and Conservator For )
Luis De Leon Jaquez, a Minor, )
                                   )
Plaintiff, )
                                   )    Civil Action No.:
v. )    1:20-cv-01904-TWT
                                   )
CERTEX  USA,  INC.  and  JOHN )
DOE CORPORATIONS A-Z, )
                                   )
Defendants. )

## ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBITS TO MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS

Having read and considered the Joint Motion to File Under Seal Exhibits to the Joint Motion to Approve Settlement of Minor's Claims, and the same being consented to by all interested parties, the Court hereby **GRANTS** such Motion for the reasons stated in the Motion to Seal.  Upon review of exhibits B, C, D, F, and H, the Court concludes that the exhibits contain sensitive information, including confidential settlement amounts, confidential negotiated release terms, detailed financial information, and the full names, birthdates, and other identifying information of the minor.  Upon review of exhibits E and G, the Court concludes that the exhibits contain sensitive information, including confidential settlement

amounts, attorneys' fees, case expenses, and attorney-client communications. The privacy interest in protecting this information is outweighed by any public interest in such personal and confidential information. Additionally, the request has been narrowly tailored to only those documents containing sensitive information, with the remaining details set forth in the motions, which are not sealed. Accordingly, the Court finds that the request to seal these exhibits is sufficiently narrowly tailored and complies with the First Amendment and the Rules of this Court.

It is hereby **ORDERED** that the Exhibits referenced in Plaintiff's Motion to Seal are to be **FILED UNDER SEAL** permanently, due to the nature of the privacy concerns and interests at stake, which will remain after the conclusion of the instant action.

**SO ORDERED**, this __30th__ day of ____May_____, 20_23___.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE