IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALMA JAQUEZ, as Natural Parent,  )
Next Friend, and Conservator For  )
Luis De Leon Jaquez, a Minor,  )
   )
Plaintiff,  )
   )       Civil Action No.:
v.  )       1:20-cv-01904-TWT
   )
CERTEX  USA,  INC.  and  JOHN  )
DOE CORPORATIONS A-Z,  )
   )
Defendants.  )

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS

This matter is before the Court on the motion of Plaintiff Alma Jaquez, as natural mother and Conservator of Luis De Leon Jaquez ("LDJ"), a minor, and Administrator of Estate of Luis Felipe De Leon, Jr. to approve the compromise of the claims of the minor pursuant to O.C.G.A. § 29-3-3 and the claims of the Estate of Luis Felipe De Leon, Jr., as well as a proposed release.  The only remaining Defendant, Certex USA, Inc., joins in the motion.  As it appears that the compromise is fair and reasonable and in the best interests of the minor,

IT IS HEREBY ORDERED that the compromise is APPROVED.  Plaintiff Alma Jaquez, as natural mother and Conservator of LDJ and as Administrator of

the Estate of Luis Felipe De Leon, Jr., is authorized to compromise the minor's claims against Defendant Certex USA, Inc. ("Certex") and to execute all settlement documents and releases on his behalf, including the Qualified Assignment giving the Assignor/insurer The Burlington Insurance Company a complete release and discharge of their liability to make the Periodic Payments.  Defendant Certex is DIRECTED to pay the agreed-upon sums as set forth in the release and proposed financial plan.  The Court further DIRECTS Plaintiff to establish the irrevocable settlement trust as described in the proposed financial plan.  Finally, the Court APPROVES the allocation of funds for attorneys' fees, reimbursement of case expenses, and funding of the structured settlement annuity, as described in the materials submitted to this Court in support of the Motion, and AUTHORIZES Plaintiff to accept the specified terms of the periodic payments described in the Release submitted to this Court as Exhibit C.

     **SO ORDERED**, this __30th__ day of __May_____, 20_23____.


_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2